DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

OMAR KABAA and NADIA AL HADRI,

Appellants,

v.

ORTHO NEURO SURGICAL, LLC, and
CHRISTOPHER GLEIS, M.D.,

Appellees.

_____

No. 2D2024-2425
_____

August 15, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Mark Wolfe, Judge.

Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellants.

Marie A. Borland, Ethen R. Shapiro, and Elise J. Berry of Hill Ward Henderson, Tampa, for Appellees.


PER CURIAM.

Affirmed. *See Publix Supermarkets, Inc. v. Levi*, 399 So. 3d 1212, 1213 (Fla. 2d DCA 2024) ("[P]unitive damages are reserved for anomalously transgressive conduct that is 'outrageous in character' and 'extreme in degree.' " (alteration in original) (quoting *Cleveland Clinic Fla. Health Sys. Nonprofit Corp. v. Oriolo*, 357 So. 3d 703, 706 (Fla. 4th DCA 2023))).

LUCAS, C.J., and SILBERMAN and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.